PROB 12C
(6/16)

Report Date: March 13, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 14 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard James Peone     Case Number: 0980 2:14CR00070-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 15, 2014

| | |
|---|---|
| Original Offense: | Assault With a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3) |
| Original Sentence: | Prison - 39 months <br> TSR - 36 months |
| Asst. U.S. Attorney: | Rudolf J. Verschoor |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 5, 2018

Date Supervision Expires: March 4, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

      1        **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

                 **Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 2, as noted above.

                 Mr. Peone violated the terms of his supervised release by failing to report as directed, on or about March 13, 2018.

                 On March 8, 2018, the undersigned officer contacted Mr. Peone by phone. At that time, he was directed to report to the U.S. Probation Office on March 13, 2018, at 10:00 a.m. Mr. Peone failed to report and his whereabouts are unknown. It appears he has absconded from supervision.

| | |
|---|---|
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 3, as noted above.

Mr. Peone violated the terms of his supervised release on or about March 8, 2018, by absconding from the SRRC.

On March 5, 2018, the undersigned completed a supervision intake with Mr. Peone. At that time, he was advised to remain at the SRRC until he is able to be admitted into an inpatient treatment facility.

On March 8, 2018, Mr. Peone left the SRRC and did not return.

| | |
|---|---|
| 3 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 6, as noted above.

Mr. Peone violated the terms of his supervised release by failing to report a change in residence, on or about March 8, 2018, or since.

On March 5, 2018, Mr. Peone was transported to the SRRC. He was directed to remain at the SRRC pending admittance into an inpatient treatment facility. On March 8, 2018, Mr. Peone was granted a pass to visit his grandfather in the hospital. He ultimately had law enforcement contact related to a stolen vehicle. The undersigned officer had made contact with Mr. Peone by phone following his contact with law enforcement. Mr. Peone agreed to return to the SRRC.

Mr. Peone returned to the facility, but that same evening he advised the SRRC staff that he "fucked up" and then left the facility. Mr. Peone has not made contact with the undersigned officer and his whereabouts are unknown.

| | |
|---|---|
| 4 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 9, as noted above.

Mr. Peone violated the terms of his supervised release by associating with an individual engaged in criminal activity and previously convicted of a felony, on or about March 8, 2018.

On March 8, 2018, Mr. Peone was contacted by the Spokane Police Department (SPD). SPD was responding to a stolen vehicle. Mr. Peone was a passenger in the vehicle, along with Ignacio Carrazana. The driver was Destiny Ahenakew. Ms. Ahenakew was arrested and booked into the Spokane County Jail for second degree burglary, first degree criminal trespass, vehicle prowling and theft of a motor vehicle. She also had an outstanding felony arrest warrant. Mr. Carrazana is a convicted felon who is also pending new charges from October 2017 for possession of a stolen vehicle and possession of a controlled substance.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/14/18

Date