PROB 12C
(6/16)

Report Date: March 20, 2018

## United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 21 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Richard James Peone | Case Number: 0980 2:14CR00070-JLQ-1 |

Address of Offender: unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 15, 2014

| | | |
|---|---|---|
| Original Offense: | Assault With a Dangerous Weapon in Indian County, 18 U.S.C. § 1153(a) and 113(a)(3) | |
| Original Sentence: | Prison - 39 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Rudolf J. Verschoor | Date Supervision Commenced: March 5, 2018 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: March 4, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/13/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day, a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 2, as noted above. |
| | Mr. Peone violated the terms of his supervised release by being charged with providing false statements to law enforcement, a misdemeanor, in violation of Spokane Municipal Code 10.07.020, on about March 14, 2018. |
| | On March 14, 2018, the undersigned officer was contacted by the Spokane Police Department. They advised they contacted Mr. Peone that morning in the west-central neighborhood after receiving complaints that he was wandering around knocking on random doors. When Mr. Peone was questioned by law enforcement, he provided two separate false identities. As a result, Mr. Peone was arrested and charged with making a false statement. |

Prob12C
Re: Peone, Richard James
March 20, 2018
Page 2

The U.S. Probation Office respectfully recommends that the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/13/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 20, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/21/18
Date