PROB 12C
(6/16)

Report Date: July 26, 2018

## United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 6 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Richard James Peone | Case Number: 0980 2:14CR00070-JLQ-1 |

Address of Offender: Benewah County Jail

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 15, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Assault With a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3) | | |
| Original Sentence: | Prison - 39 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: March 5, 2018 | |
| Defense Attorney: | Andrea George | Date Supervision Expires: March 4, 2021 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/20/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day, a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 2, as noted above. |
| | Mr. Peone violated the terms of his supervised release by being arrested for Possession of a Controlled Substance, in violation of Idaho State Code 37-2732(c)1, Possession of Paraphernalia with Intent to Use, in violation of Idaho State Code 37-2734(A), and Resisting and Obstructing Officers, in violation of Idaho State Code 17-02.01, on or about July 12, 2018. |
| | Available incident reports from Coeur D'Alene Tribal Police Department indicates that on July 12, 2018, Mr. Peone's girlfriend had reported to her Idaho State probation officer located in Plummer, Idaho. She had advised her probation officer, Agent McAnally, that Mr. Peone was waiting for her in the parking lot. Agent McAnally attempted to make contact |

Prob12C

**Re: Peone, Richard James**
**July 26, 2018**
**Page 2**

    with Mr. Peone and detain him on his warrant, however, Mr. Peone fled. Plummer City Police Department and Coeur D' Alene Tribal Police Department assisted in the pursuit which lasted for approximately half a mile.

    Once apprehended, Mr. Peone was searched. Officers located a piece of tin foil with a brown substance and a plastic smoking pipe, which tested positive for methamphetamine via a NARTEC field testing kit.

    Mr. Peone is currently being held in the Benewah County Jail, located in St. Maries, Idaho.

6    **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

    **Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day, a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 3, as noted above.

    Mr. Peone violated the terms of his supervised release by leaving the Eastern District of Washington without prior approval, on or about July 12, 2018.

    On July 12, 2018, Mr. Peone was arrested in the District of Idaho. Mr. Peone did not have prior approval of the U.S. Probation Office to be outside of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 26, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Peone, Richard James
July 26, 2018
Page 3

THE COURT ORDERS

[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 26, 2018
Date